UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 07619
   STELLA LOUISE WAGNER

                                 CHAPTER 13

                                 JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-2464

------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
   The case was filed on 03/03/2005 and was confirmed 04/14/2005.

   The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

   The case was paid in full 05/16/2008.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ADVOCATE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| ASPIRE | UNSECURED | 487.48 | .00 | 487.48 |
| BLAIR CORPORATION | UNSECURED | 289.36 | .00 | 289.36 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHRIST HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| GINNYS | UNSECURED | 147.66 | .00 | 147.66 |
| GENERAL MOTORS ACCEPTANC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 976.71 | .00 | 976.71 |
| MARINE MIDLAND BANK | UNSECURED | NOT FILED | .00 | .00 |
| MERRICK BANK | UNSECURED | 802.07 | .00 | 802.07 |
| MONOGRAM CREDIT CARD BK | UNSECURED | NOT FILED | .00 | .00 |
| MONROE & MAIN | UNSECURED | 107.47 | .00 | 107.47 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2763.53 | .00 | 2763.53 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1170.98 | .00 | 1170.98 |
| RIDGE REHABILITATION CEN | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT ACQUISITION LL | UNSECURED | 2662.90 | .00 | 2662.90 |
| SOUTHWEST GASTROENTEROLO | UNSECURED | NOT FILED | .00 | .00 |
| SOUTHWEST RADIOLOGIST | UNSECURED | NOT FILED | .00 | .00 |
| SEVENTH AVENUE | UNSECURED | 133.10 | .00 | 133.10 |
| PETER FRANCIS GERACI | DEBTOR ATTY | 2,700.00 | | 2,700.00 |
| TOM VAUGHN | TRUSTEE | | | 709.99 |
| DEBTOR REFUND | REFUND | | | 165.15 |

             Summary of Receipts and Disbursements:
------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| | | |

TRUSTEE                     13,116.40

                 PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 07619 STELLA LOUISE WAGNER

```
PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                         9,541.26
ADMINISTRATIVE                                    2,700.00
TRUSTEE COMPENSATION                                709.99
DEBTOR REFUND                                       165.15
                        ---------------   ---------------
TOTALS                        13,116.40         13,116.40
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 08/27/08                 /s/ Tom Vaughn
                                _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE